**JAMEY DEON JIMERSON**
1799 Alicante St.
Pomona, CA 91768
Telephone: (909) 717-4503
Facsimile:. (424) 785-1126.
E-mail: jjjetplan3@gmail.com

Plaintiff in Pro Per,
JAMEY DEON JIMERSON

LODGED
CLERK U.S. DISTRICT COURT

DEC 3 - 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
CA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### CV12- 10318

JAMEY DEON JIMERSON
, an individual

              Plaintiff,

       vs.

MDA CAPITAL INC., a corporation,
and DOES 1-10, inclusive,

              Defendants.

Case No.:

**COMPLAINT FOR:**

1) **VIALATION OF THE FAIR CREDIT REPORTING ACT (FCRA) [15 U.S.C. §1681b] (3) (A) AND CIVIL LIABILITY FOR WILLFUL NONCOMPLIANCE [15 U.S.C. §1681n].**

**DEMAND FOR JURY TRIAL**

## COMPLAINT

Come now PLAINTIFF JAMEY DEON JIMERSON, an individual, and complain

and allege against Defendants, MDA CAPITAL INC., and DOE DEFENDANTS 1

through 10 as follows:

### VENUE AND JURISDICTION

1. This action is brought pursuant to (FCRA) 15 U.S.C §1681 *et seq.*

2. Jurisdiction is founded on 15 U.S.C. § 1681p Statutory Provisions of the FCRA. Venue is proper in the Central District of California. The injuries occurred within the County of Los Angeles City of Pomona California.

## COMMON ALLEGATIONS

3. At all relevant times mentioned in this complaint, Plaintiff was a resident of the County of Los Angeles, State of California.

4. At all times mentioned herein, Defendants were not licensed to do business in the County of Los Angeles, State of California.

5. At all times mentioned herein, MDA CAPITAL INC. is a private corporate business entity( hereinafter referred to as "MDA")

6. Plaintiff is ignorant of the true names and capacity of those Defendants sued herein as DOES 1 through 10 inclusive, and therefore sues them by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of said DOE Defendants when the same are ascertained.

7. Plaintiff is informed and believes and, based upon such information and belief, alleges that the Defendants through their actions are responsible in some manner for the events and happenings referred to herein and such actions are the legal cause of statutory injury to the Plaintiff as herein alleged.

8.    Plaintiff is informed and believes and, based upon such information and belief, alleges that, at all times herein mentioned, each and every Defendant was not authorized to conduct business in the County of Los Angeles and the State of California. At all times relevant hereto, said DEFENDANTS were not acting within the scope of a business license within the County of Los Angeles and State of California.

9.    At all times relevant hereto DEFENDANTS employed organized unlawful customs, illegal practices of privacy violations, making inaccurate statements in correspondence, illegally obtaining personal information and intentionally causing emotional distress upon the PLAINTIFF. Said misconduct was known by, encouraged, tolerated and or condoned by DEFENDANTS, all.

10.  This action arises from statutory damages sustained by the Plaintiff as a result of the inquiry on his consumer credit report by Defendant "MDA" and each of them all.

11.   Plaintiff received a copy of his "EQUIFAX consumer credit report" on February 09, 2012.

12.   After reviewing the EQUIFAX consumer credit report Plaintiff noticed an unauthorized inquiry by Defendant "MDA" on August 07, 2011.

13.   Said "EQUIFAX consumer credit report" is attached to the complaint as exhibit "A".

14. Upon review of his EQUIFAX consumer report Plaintiff holds that Defendant "MDA" is not a verifiable creditor of the PLAINTIFF, and DEFENDANT "MDA" neither is nor was retained by any verifiable creditor of the PLAINTIFF. DEFENDANT "MDA" does not have a permissible purpose allotted under the law.

15. Plaintiff then became aware that DEFENDANT "MDA" at the time of the inquiry was not and is not presently authorized to conduct business in the County of Los Angeles, State of California.

## FIRST CAUSE OF ACTION

## VIALATION OF THE FAIR CREDIT REPORTING ACT (FCRA) [15 U.S.C.  §1681b] (3) (A) AND CIVIL LIABILITY FOR WILLFUL NONCOMPLIANCE [15 U.S.C. §1681n].

### Against All Defendants

16. Paragraphs 1 through 15 are realleged as though fully set forth herein.

17. Plaintiff re-alleges, adopts and incorporates as if set forth at length hereat, and to the extent applicable, paragraphs 1 through 16 above.

18. In doing the things set forth above, the Defendants, and each of them, violated rights of the PLAINTIFF; against inaccurate and unfair credit reporting as guaranteed by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681.

19.  As set forth above, those violations include, but are not limited to, impermissible purpose in requesting the consumer credit report of the PLAINTIFF from EQUIFAX, a credit reporting agency; Adverse action resulting in unfavorable changes to the consumer credit report of the PLAINTIFF. This company is presumed to have competent knowledge of the permissible purpose requirements of the Fair Credit Reporting Act. Obtaining the consumer report of the Plaintiff in this manner presumes this action as a part in a pattern of willful non compliance.

20.  As a proximate result of the actions of Defendant "MDA", and each of them all, Plaintiff was caused to endure unfavorable credit reporting and judgment from that inaccurate reporting by Defendant "MDA", and each of them all. Plaintiff was also caused an unfair breach in the privacy afforded to the Plaintiff under the law. Other relevant damages incurred by the Plaintiff will be more specifically proven at trial.

21.  As a proximate result of the actions of the Defendant "MDA", and each of them all, Plaintiff has been injured in mind and body as well as financially all in a value determined by proof at trial.

## **PRAYER**

WHEREFORE, Plaintiff requests a trial by jury and prays judgment against the Defendants as follows:

## AS TO THE FIRST CAUSE OF ACTION

1.    Statutory damages in an amount to be determined by proof at trial;

2.    Attorney's Fees and Costs of litigation pursuant to §42 U.S.C. 1988;

3.    Interest according to law; and

4.    Any other and further relief that the Plaintiff may be entitled to and the Court deems just and proper.


Dated:  November 30, 2012

By: _____

By, JAMEY DEON JIMERSON,
Plaintiff in Pro Per

I am a PLAINTIFF in this action. I have read the foregoing allegations in the complaint. The matters stated in the complaint are true of my own knowledge except those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 30, 2012

[JAMEY DEON JIMERSON]

## **DEMAND FOR JURY TRIAL**

PLAINTIFF JAMEY DEON JIMERSON, hereby respectfully demands that the present matter be set for a jury trial.

Dated:  November 30, 2012

By: _____

By. JAMEY DEON JIMERSON,
Plaintiff in Pro Per

# EXHIBIT A

| Name of Company | Date of Inquiry | |
|---|---|---|
| NEWMAN DROLLA MATHIS BRADY WAK | 08/04/10 | *1K* |

**Creditor Contact Information**

NEWMAN DROLLA MATHIS BRADY WAK
212 VETERANS BLVD
METAIRIE, LA 70005
(504) 837-9040

*— Sent – 5/2/12*

---

**Inquiries that do not impact your credit rating**
These inquires include requests from employers, companies making promotional offers and your own requests to check your credit. These inquiries are only viewable by you.

| Company Information | Date of Inquiry | |
|---|---|---|
| PRM-AT&T WIRELESS | 01/27/12, 11/22/11, 07/27/11 | *3K Sent Address on File* |
| PRM-CAPITAL ONE | 03/24/11, 03/02/11 | *Sent Address on File* |
| PRM-DIRECT LENDING SOURCE INC | 08/30/11, 07/01/11, 03/28/11 | *3K* |
| PRM-DR. LEONARD'S | 12/27/11 | *Sent ADDRESS on File* |
| EQUIFAX | 02/09/12 | |
| PRM-MDA CAPITAL, INC. | 09/07/11 | *2K Sent Address* |
| PRM-QUICKCLICK LOANS LLC/SELECT | 05/23/11 | *2K Sent Address* |
| AR-WELLS FARGO BANK NA | 04/25/11 | *2K Sent Address.* |

| Prefix | Prefix Description |
|---|---|
| PRM | Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.(PRM inquiries remain for twelve months.) |
| AM or AR | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.(AM and AR inquiries remain for twelve months.) |
| EMPL | Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months) |
| PR | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.(PR inquiries remain for 12 months.) |
| Equifax or EFX | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request. |
| ND | Inquiries with this prefix are general inquiries that do not display to credit grantors.(ND inquiries remain for 24 months.) |
| ND MR | Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.(ND inquiries remain for 24 months.) |

⬆ Back to Top

# Negative Accounts

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JAMEY DEON JIMERSON<br>, an individual | MDA CAPITAL INC., a corporation, and DOES 1-10, inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>JAMEY DEON JIMERSON<br>1799 Alicante St. Pomona, CA 91768<br>Telephone: (909) 717-4503 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 1000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV12-10318**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pinellas County |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date NOVEMBER 30, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |